AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3/12/2019
JEFFREY P. COLWELL, CLERK

United States of America
v.
MARCIA ABBOTT

)
)
)
)
)
)
)

Case No. 19-MJ-6087-MPK

Colorado Case No. 19-mj-00065-GPG

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MARCIA ABBOTT ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date: 03/11/2019

City and state: Boston, MA

M. Page Kelley, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/11/19, and the person was arrested on *(date)* 03/12/19
at *(city and state)* ASPEN, CO.

Date: 03/12/19

SA MATT COLLAR, FBI
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GREGORY ABBOTT, MARCIA ABBOTT, GAMAL ABDELAZIZ, DIANE BLAKE, TODD BLAKE, JANE BUCKINGHAM, GORDON CAPLAN, I-HSIN CHEN (see below for additional names) | ) ) ) ) ) ) | Case No.  MJ No. 19-6087-MPK |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2011 to the present__ in the county of __Suffolk and elsewhere__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349 | Conspiracy to commit mail fraud and honest services mail fraud |

This criminal complaint is based on these facts:

See Affidavit of FBI SA Laura Smith. Amy and Gregory Colburn, Robert Flaxman, Mossimo Giannulli, Elizabeth and Manuel Henriquez, Douglas Hodge, Felicity Huffman, Agustin Huneeus Jr., Bruce and Davina Isackson, Michelle Janavs, Elisabeth Kimmel, Marjorie Klapper, Lori Loughlin, Toby MacFarlane, William McGlashan Jr., Marci Palatella, Peter Jan Sartorio, Stephen Semprevivo, Devin Sloane, John Wilson, Homayoun Zadeh, Robert Zangrillo.

☐ Continued on the attached sheet.

*Complainant's signature*

Laura Smith, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/11/2019__

City and state: __Boston, Massachusetts__

Hon. M. Page Kelley, USMJ
*Printed name and title*

| | |
|---|---|
| DEFENDANT: | Marcia Abbott |
| YOB: 1959 | **AGE: 59** |
| COMPLAINT FILED? | __X__ Yes _____ No |
| | If Yes, MAGISTRATE CASE NUMBER Boston MJ No. 19-6087-MPK |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __X__ Yes ____ No
If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | **Count 1: 18 USC § 1349** Conspiracy to commit mail fraud and honest services mail fraud |
| LOCATION OF OFFENSE: | Suffolk Count, Massachusetts, and elsewhere |
| PENALTY: | **Count 1:** NMT 20 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment |
| AGENT: | Laura Smith, FBI |
| AUTHORIZED BY: | Eric Rosen Assistant U.S. Attorney – District of Massachusetts |

ESTIMATED TIME OF TRIAL:

____ five days or less ____ over five days   __X__ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

__X__ will not seek detention

The statutory presumption of detention **is / is not** applicable to this defendant.

1

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**     **Category No.** _I_     **Investigating Agency** _FBI_

**City** _Boston_     **Related Case Information:**

**County** _Middlesex_

Superseding Ind./ Inf. _____    Case No. _19-MJ-6087-MPK_
Same Defendant _____    New Defendant _X_
Magistrate Judge Case Number _____
Search Warrant Case Number _See additional information_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Marcia Abbott_    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address _(City & State) New York, NY_

Birth date (Yr only): _1959_   SSN (last4#): _6076_   Sex _W_   Race: _White_   Nationality: _USA_

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA _Eric S. Rosen_    Bar Number if applicable _NY4412326_

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _March 11, 2019_    Signature of AUSA: _[signature]_